FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 DEC 13 PM 3: 42

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV567 |
| | ) | |
| v. | ) | |
| | ) | CONSENT TO |
| $34,600.00 IN UNITED STATES CURRENCY, | ) | EXERCISE OF |
| 1998 FREIGHTLINER, VIN 1FUPCSZB1WL942130, | ) | JURISDICTION BY A |
| 2001 UTILITY TRAILER, VIN 1UYVS25371C473412, | ) | UNITED STATES |
| | ) | MAGISTRATE JUDGE |
| Defendants. | ) | AND ORDER OF |
| | ) | REFERENCE |

CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeal for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| [signature] | Plaintiff | 12/4/06 |
| [signature] For | Endred Guanipa | 12/7/06 |
| [signature] For | Humberto Rvano | 12/7/06 |
| For | | |

ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable **F.A. Gossett, III**, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the foregoing consent of the parties.

**December 13, 2006**

Date                                                                        United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.