IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 8:06CV567 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER TO WITHDRAW |
| ) | EXHIBITS |
| $34,600 IN UNITED STATES, et al. ) | |
| ) | |
| Defendant. ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for parties are ordered to withdraw the following exhibits previously submitted in this matter within 15 calendar days of the date of this order:

1-19 and 101 - 112/Non Jury Trial/May 23 and May 30, 2007

If counsel fail to withdraw these exhibits as ordered, counsel will be ordered to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

DATED this 5th day of November, 2007.

s/ F.A. Gossett
United States Magistrate Judge

proc\Exhibits\Form-Order to Withdraw Appeal Time Pending.wpd
Approved 02/15/07